1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WARREN J. LEACH,                    No. CIV-S-03-1970 MCE/PAN

12              Plaintiff,

13        v.                             ORDER

14   JO ANNE B. BARNHART,
     Commissioner of Social
15   Security,

16              Defendant.
     _____/

17

18        This matter is before the court on plaintiff's request to

19   review defendant's decision to require repayment of disability

20   insurance benefits.  The matter was referred to the Honorable Peter

21   A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C.

22   §§ 636, et seq., and Local Rule 72-302.  On May 19, 2005, Judge

23   Nowinski filed findings and recommendation which were served on all

24   parties and objections were to be filed within ten days after

25   service.

26   ///

1

1   On June 1, 2005, plaintiff filed timely objections to the findings

2 and recommendation (and an untimely addendum exhibit on June 10,

3 2005).

4      The court has reviewed the file and finds the findings

5 and recommendation to be supported by the record and by the

6 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED

7 that:

8      1.  The Findings and Recommendation filed May 19, 2005, are

9 adopted in full; and

10      2.  The decision requiring repayment is affirmed.

11 DATED: June 17, 2005

12

13

14      MORRISON C. ENGLAND, JR.

15      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26